Form 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE
## NEW YORK, NEW YORK

BEFORE: UNASSIGNED

| | |
|---|---|
| CANADIAN SOLAR INTERNATIONAL LIMITED; CANADIAN SOLAR MANUFACTURING (THAILAND) CO., LTD.; and CANADIAN SOLAR US MODULE MANUFACTURING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | **SUMMONS** <br> Ct. No. 25-161 |

**TO**: The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

### 1. Name and Standing of Plaintiffs

Plaintiffs Canadian Solar International Limited, Canadian Solar Manufacturing (Thailand) Co., Ltd., and Canadian Solar US Module Manufacturing Corporation are, respectively, a foreign exporter, foreign producer, and U.S. producer of crystalline silicon photovoltaic cells, whether or not assembled into modules, and interested parties within the meaning of 19 U.S.C. §1677(9)(A). Plaintiffs were active participants in the administrative proceeding that led to the determination being challenged. Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as interested parties that were parties to the proceeding identified below.

**2. Brief Description of Contested Determination**

Plaintiffs contest the final determination of the U.S. Department of Commerce that countervailable subsidies are being provided to producers and exporters of crystalline silicon photovoltaic cells, whether or not assembled into modules, from Thailand. *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Thailand: Final Affirmative Countervailing Duty Determination and Final Affirmative Determination of Critical Circumstances*, 90 Fed. Reg. 17,380 (Dep't Commerce Apr. 25, 2025); *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Malaysia and Thailand: Amended Final Countervailing Duty Determinations; Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From Cambodia, Malaysia, Thailand, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 26,791 (Dep't Commerce June 24, 2025). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II); 19 U.S.C. § 1516a(a)(2)(B)(i); and 28 U.S.C. § 1581(c).

**3. Date of Determination**

The final determination was rendered by the U.S. Department of Commerce on April 18, 2025, and published in the *Federal Register* on April 25, 2025. The resulting countervailing duty order was published in the *Federal Register* on June 24, 2025.

**4. Date of Publication in Federal Register of Notice of Contested Determination**

The final determination was rendered by the U.S. Department of Commerce on April 18, 2025, and published in the *Federal Register* on April 25, 2025. The resulting countervailing duty order was published in the *Federal Register* on June 24, 2025. This summons is timely filed by no later than 30 days after the publication of the countervailing duty order on June 24, 2025. 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

By: /s/ Jonathan T. Stoel
Jonathan T. Stoel
Craig A. Lewis
Michael G. Jacobson
Joshua Kurland
Nicholas R. Sparks
Nicholas W. Laneville
Lindsay K. Brown
Gregory M.A. Hawkins

HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW

2

Washington, DC 20004
+1 202 637 6634
jonathan.stoel@hoganlovells.com

*Counsel to Canadian Solar International Limited; Canadian Solar Manufacturing (Thailand) Co., Ltd.; and Canadian Solar US Module Manufacturing Corporation*

Dated: July 24, 2025

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served:

Supervising Attorney
Civil Division, Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278